

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 11, 2023

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Kwok, et al.*,  S1 23 Cr. 118 (AT)

Dear Judge Torres:

The Government writes to respectfully request a one-week adjournment of the deadlines for the Government's opposition to the defendants' motion to compel discovery and the defendants' reply to that opposition.  The Government has spoken with counsel for defendant Ho Wan Kwok, who consents to the proposed adjustment to the briefing schedule.[1]  Accordingly, the Government requests to file its opposition by October 19, 2023, with the defendants' replies due on November 2, 2023.

The Government is available to address any questions the Court may have.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Ryan B. Finkel
Juliana N. Murray
Micah F. Fergenson
Assistant United States Attorneys
(212) 637-6612 / 2314 / 2190

Cc:   All Counsel of Record (by ECF)

---

[1] The Government reached out to Wang's counsel today by telephone and email regarding this proposed revised briefing schedule, but has not yet been able to connect with counsel to learn their position on the request.