

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 22, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, New York 10007

    Re:    *United States v. Ho Wan Kwok et al.*, S1 23 Cr. 118 (AT)

Dear Judge Torres:

    The Government writes to respectfully notify the Court that the undersigned made a classified, *ex parte* submission to the Court pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d).

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney
        Southern District of New York

    By:   /s/
        Ryan B. Finkel / Juliana N. Murray / Micah F. Fergenson / Justin Horton
        Assistants United States Attorneys
        (212) 637-6612 / -2314 / - 2190 / -2276

cc: Defense Counsel (by ECF)