

📞 (856) 607-5708
📠 (888) 686-8346
✉ info@FormerFedsGroup.com
🌐 www.FormerFedsGroup.com

January 3, 2024

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *United States v. Kwok, et al.*, Case No. 1:23-cr-118 (AT)

Dear Judge Torres:

By way of update and as foreshadowed in prior filings, there has been a material increase in Himalaya Exchange customers retaining this law firm's representation in the instant matter. As of yesterday, the number of Exchange customers who are now my clients is 5,242.

Dated:  January 3, 2024            RESPECTFULLY SUBMITTED

                                   /s/ Brad Geyer
                                   Bradford L. Geyer, PHV
                                   NJ 022751991
                                   Suite 141 Route 130 S.  303
                                   Cinnaminson, NJ 08077
                                   Brad@FormerFedsGroup.Com
                                   (856) 607-5708