UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

HO WAN KWOK,
a/k/a "Miles Guo," a/k/a "Miles Kwok," a/k/a
"Guo Wengui," a/k/a "Brother Seven," a/k/a "The
Principal,"

KIN MING JE, a/k/a "William Je," and

YANPING WANG, a/k/a "Yvette."

*Defendants*.

Case No. 23 Cr. 118 (AT)

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that Louis A. Pellegrino III of the law firm Dentons

US LLP hereby enters his appearance as counsel for third party petitioner ARCHIWOODS

CAPITAL PTY LTD in the above referenced action, and to add the undersigned as an attorney

to whom Notices of Electronic Filing will be transmitted in this case.  I am admitted to practice

in this Court.

Date:   April 4, 2025

Respectfully submitted,

DENTONS US LLP

s/*Louis A. Pellegrino III*
1221 Avenue of the Americas
New York, New York 10020-1089
Email: louis.pellegrino@dentons.com
Phone:  (212) 768-6700
Fax:    (212) 768-6800

129879993