IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Complainant  -v-  HO WAN KWOK, a/k/a "Miles Guo," "Miles Kwok," "Guo Wengui," "Brother Seven," or "The Principal,"  and  KIN MING JE, a/k/a "William Je,"  and  YANPING WANG, a/k/a "Yvette,"  Defendants. | Criminal No.:  23-cr-118 (AT)  **PROPOSED ORDER ON MOTION FOR ORDER OF PROCEDURES FOR AMENDED AND RENEWED RETURN OF HIMALAYA EXCHANGE DEPOSITORS VICTIMIZED BY THE U.S. GOVERNMENT**  Assigned to the Honorable U.S. District Court Judge Analisa Torres, Presiding Judge |

### NOTICE OF FILING

**PROPOSED ORDER ON MOTION FOR ORDER OF PROCEDURES FOR AMENDED AND RENEWED RETURN OF HIMALAYA EXCHANGE DEPOSITORS VICTIMIZED BY THE U.S. GOVERNMENT**

INVESTORS IN THE HIMALAYA EXCHANGE as represented by Counsel Bradford L. Geyer file this Proposed Order in support of their Motion at ECF Dkt #612 filed on April 4, 2025. Their filing of their **MOTION FOR ORDER OF PROCEDURES FOR AMENDED AND RENEWED RETURN OF HIMALAYA EXCHANGE DEPOSITORS VICTIMIZED BY THE U.S. GOVERNMENT** included a line for a Proposed Order, but the filing did not include the Proposed Order.

1

Therefore, Counsel hereby files for the Court's assistance the Order Proposed by Counsel and his clients.

Dated:  April 7, 2025				RESPECTFULLY SUBMITTED

/s/ Brad Geyer
Bradford L. Geyer, PHV
NJ 022751991
Suite 141 Route 130 S.  303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

### CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the Southern District of New York.

/s/ Brad Geyer
Bradford L. Geyer, PHV
NJ 022751991
Suite 141 Route 130 S.  303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708