# EXHIBIT B

102-0094

千代田区　紀尾井町　４－１
ニューオータニガーデンコート１９カイ

ソナー・アドバイザーズ株式会社　様

 07201　000 R01101
9033-00　000000　001　　　0000088#
*11245*825 20506001 000 1-903300

**株式会社みずほ銀行**
東京外為業務オフィス
〒103-8528
東京都中央区日本橋蠣殻町２－１０－３０

# 外 国 為 替 計 算 書 （STATEMENT） 2021年07月20日

| | | | | | ページ |
|---|---|---|---|---|---|
| | | | | | 1/1 |

| お名前 (Messrs) | | | 取引日 (Date) | 起算日 (Value Date) |
|---|---|---|---|---|
| ソナー・アドバイザーズ株式会社 | 様 | | 2021/07/20 | |

| 取引種類 (Type of Transaction) | 取引番号 (Our Ref. No.) | お客さま整理番号 (Your Ref. No.) |
|---|---|---|
| 仕向送金 | | |

| 取引金額 (AMOUNT) | |
|---|---|
| USD | 1,000,000.00 |

取引内容 (Details)

登録番号

換算内容 (Exchange Details)

| | 内訳金額<br>Individual Sum | 相場種類<br>Type | 換算相場<br>Exchange Rate | 値決番号<br>Pricing No. | 換算後金額<br>Converted Amount |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 計 | | | | | |

手数料明細 (Charge Details)

| 明細<br>番号<br>Inv. | 名称<br>Charge Type | 手数料等金額<br>Amount | 計算<br>方法<br>Method | 料率<br>% Rate | 換算相場<br>Exchange<br>Rate | 相場適用日<br>Exchange<br>Date | 換算後金額<br>Converted Amount |
|---|---|---|---|---|---|---|---|
| 001 | 送金手数料<br>REMIT CHG | JPY<br>7,500 | 定額 | | | | JPY<br>7,500 |
| 002 | 外貨受払手数料<br>HANDLING COMM | USD<br>500.00 | ％利率 | 1/20% | 110.57 | 2021/07/20 | JPY<br>55,285 |
| 003 | コルレス先支払手数料<br>THEIR H/C | JPY<br>2,500 | 定額 | | | | JPY<br>2,500 |
| 計 | | | | | | JPY | 65,285 |

※最低（最高）手数料を適用する場合でも、料率を表示しています。