

**BANK OF AMERICA**

ZIHENG CHENG | ▮▮▮▮▮▮▮▮▮▮ | February 3, 2022 to March 8, 2022

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 02/23/22 | ▮▮▮ | ▮▮▮ |
| 03/08/22 | ▮▮▮ | ▮▮▮ |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| | ▮▮▮ | ▮▮▮ |
| 02/16/22 | WIRE TYPE:WIRE OUT DATE:220216 TIME:1353 ET TRN:2022021600373037 SERVICE REF:011144 BNF:METROPOLITAN COMMERCIAL BA ID:7801000254 BNF BK:METROPOLITAN COMMERCIAL ID:026013356 PMT DET:375664238 CNBTOC5Z | -50,020.00 |
| | ▮▮▮ | ▮▮▮ |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 02/16/22 | ▮▮▮ | ▮▮▮ |
| 02/23/22 | ▮▮▮ | ▮▮▮ |

Note your Ending Balance already reflects the subtraction of Service Fees.

Thank you for being a Bank of America customer

SSM-10-21-0023.B | 3784811