1. GCLUB 官网信息



2. 汇款凭证





**Adv Relationship Banking ▮▮▮▮ : Account Activity Transaction Details**

| | |
|---:|:---|
| **Check number:** | 00000000101 |
| **Post date:** | 02/18/2021 |
| **Amount:** | -10,000.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Merchant information:** | |
| **Transaction category:** | Cash, Checks & Misc: Checks |

ZIHENG CHENG — 101
Date: 01/20/2021
Pay To The Order Of: G Club Operations L.L.C. — $ 10,000.00
TEN THOUSAND and 00/100 Dollars
BANK OF AMERICA
ACH R/T 021000322
For: Tier 1 Membership