UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**HO WAN KWOK,**<br>a/k/a "Miles Guo,"<br>a/k/a "Miles Kwok,"<br>a/k/a "Guo Wengui,"<br>a/k/a "Brother Seven,"<br>a/k/a "The Principal,"<br>**KIN MING JE,**<br>a/k/a "William Je," and<br>**YANPING WANG,**<br>a/k/a "Yvette,"<br>   Defendants., | Case No. **23 Cr. 118 (AT)**<br><br>**NOTICE OF APPEARANCE** |

   **PLEASE TAKE NOTICE** that undersigned counsel, Bradford L. Geyer, of the law firm FormerFedsGroup.Com LLC, hereby enters an appearance as counsel for 3,345 Himalaya Exchange customers in the above-captioned action.

Dated: New York, New York
          December 6, 2023

                    Myer and Scher LLP

          By:    /s/ Jamie Scher
                    Myer and Scher LLP
                    NY 2488435
                    377B South Oyster Bay Road
                    Plainview, NY 118013
                    Jamie@myerandscher.com
                    (516) 713-0655

                    Bradford L. Geyer, PHV pending
                    NJ 022751991
                    Suite 141 Route 130 S., Suite 303
                    Cinnaminson, NJ 08077
                    Brad@FormerFedsGroup.Com
                    (856) 607-5708

                    *Attorneys for 3,345 Himalaya*
                    *Exchange Customers*

## V. CONCLUSION

Based on the foregoing, pursuant to Federal Rule of Criminal Procedure 41(g), petitioners move for return of their property seized by the United Stares in *United States v. Kwok,* 23 CR 18 SDNY), and as that the Court adopt the aforementioned procedure for the confidential and speedy return of their property.

/s/ Jamie Scher
Jamie Scher
NY 2488435
Myer and Scher LLP
377B South Oyster Bay Road
Plainview, NY 118013
Jamie@myerandscher.com
(516) 713-0655

/s/ Brad Geyer
Bradford L. Geyer, PHV pending
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**HO WAN KWOK,**<br>a/k/a "Miles Guo,"<br>a/k/a "Miles Kwok,"<br>a/k/a "Guo Wengui,"<br>a/k/a "Brother Seven,"<br>a/k/a "The Principal,"<br>**KIN MING JE,**<br>a/k/a "William Je," and<br>**YANPING WANG,**<br>a/k/a "Yvette,"<br>  Defendants., | Case No. **23 Cr. 118 (AT)**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that undersigned counsel, Bradford L. Geyer, of the law firm FormerFedsGroup.Com LLC, hereby enters an appearance as counsel for 3,345 Himalaya Exchange customers in the above-captioned action.

Dated: New York, New York
         December 6, 2023

                                        Myer and Scher LLP

                                        By:    /s/ Jamie Scher
                                              Myer and Scher LLP
                                              NY 2488435
                                              377B South Oyster Bay Road
                                              Plainview, NY 118013
                                              Jamie@myerandscher.com
                                              (516) 713-0655

                                              Bradford L. Geyer, PHV pending
                                              NJ 022751991
                                              Suite 141 Route 130 S., Suite 303
                                              Cinnaminson, NJ 08077
                                              Brad@FormerFedsGroup.Com
                                              (856) 607-5708

                                              *Attorneys for 3,345 Himalaya*
                                              *Exchange Customers*

V.      CONCLUSION

Based on the foregoing, pursuant to Federal Rule of Criminal Procedure 41(g), petitioners move for return of their property seized by the United Stares in *United States v. Kwok,* 23 CR 18 SDNY), and as that the Court adopt the aforementioned procedure for the confidential and speedy return of their property.

/s/ Jamie Scher
Jamie Scher
NY 2488435
Myer and Scher LLP
377B South Oyster Bay Road
Plainview, NY 118013
Jamie@myerandscher.com
(516) 713-0655

/s/ Brad Geyer
Bradford L. Geyer, PHV pending
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the

六、结论

基于上述原因和我们在先前文件中提出并援引的理由，我们恳请法院下令退还被美国政府扣押的每位 HDO 成员在 HEX 中的资金。正义要求迅速果断地采取行动，制止持续发生的伤害，并确保无辜受害者的权利得到充分保护。任何不足之处都将延续已经加诸这些个人的深重不公。

日期：2025 年 4 月 7 日　　　　　谨此提交

/s/ 布拉德·盖耶
布拉德·盖耶，PHV
NJ 022751991
141 130 号南路 303 套房
新泽西州辛纳明逊 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

送达证明

本人特此证明，于 2025 年 4 月 7 日，以下文件的真实准确副本已通过美国纽约南区地方法院的电子文档系统电子提交并送达。

/s/ 布拉德·盖耶
布拉德·L·盖耶，PHV
NJ 022751991
141 130 号南路 303 号
新泽西州锡南明森 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

六、结论

基于上述原因和我们在先前文件中提出并援引的理由，我们恳请法院下令退还被美国政府扣押的每位 HDO 成员在 HEX 中的资金。正义要求迅速果断地采取行动，制止持续发生的伤害，并确保无辜受害者的权利得到充分保护。任何不足之处都将延续已经加诸这些个人的深重不公。

日期：2025 年 4 月 7 日          谨此提交

/s/ 布拉德·盖耶
布拉德·盖耶，PHV
NJ 022751991
141 130 号南路 303 套房
新泽西州辛纳明逊 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

送达证明

本人特此证明，于 2025 年 4 月 7 日，以下文件的真实准确副本已通过美国纽约南区地方法院的电子文档系统电子提交并送达。

/s/ 布拉德·盖耶
布拉德·L·盖耶，PHV
NJ 022751991
141 130 号南路 303 号
新泽西州锡南明森 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

六、结论

基于上述原因和我们在先前文件中提出并援引的理由，我们恳请法院下令退还被美国政府扣押的每位 HDO 成员在 HEX 中的资金。正义要求迅速果断地采取行动，制止持续发生的伤害，并确保无辜受害者的权利得到充分保护。任何不足之处都将延续已经加诸这些个人的深重不公。

日期：2025 年 4 月 7 日          谨此提交

/s/ 布拉德·盖耶
布拉德·盖耶，PHV
NJ 022751991
141 130 号南路 303 套房
新泽西州辛纳明逊 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

送达证明

本人特此证明，于 2025 年 4 月 7 日，以下文件的真实准确副本已通过美国纽约南区地方法院的电子文档系统电子提交并送达。

/s/ 布拉德·盖耶
布拉德·L·盖耶，PHV
NJ 022751991
141 130 号南路 303 号
新泽西州锡南明森 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

10