**Below are the evidences**

**Consolidated Comment on Motions 723–734**

**1. Organized Nature of False Third-Party Filings**
**The series of motions (723–734) were not independently filed, but were the result of coordinated planning by Guo Wengui's supporters under the self-described "Retrial Group."**

**2. Internal Coordination**
**Group members openly discussed division of tasks, synchronized timing, and even countdowns for filing, showing deliberate organization.**

**3. Direct Control by Ryan Bai ("Ryan Xiaoge")**
**Ryan explicitly admitted in group chats: "733 is Ryan's motion," "It can be used when the time comes," and "Seven minutes left." These statements prove he was directly orchestrating the filings as an agent for the Defendant, not as an independent victim.**

**4. Role of Chunk Chyi, Himam, and Others**
**They regularly updated motion status (e.g., 730, 731, 732, 735), further demonstrating that these filings were part of a collective team action rather than individual claims.**

**5. Motion 734 Origin**
**Public records confirm Motion 734 was filed by a "comrade" based in Spain, covering issues related to G-Club, bankruptcy court, Alliance farms, and creditor registration—again underscoring the coordinated campaign.**

**Conclusion:**

**These "third-party motions" are in fact proxy actions orchestrated on behalf of Guo Wengui's interest group, not bona fide §853(n) claims by independent third parties. They constitute procedural abuse and should be denied.**

**"As evidenced by public records and group chat screenshots (Exhibit A–D), these filers openly coordinated, admitted authorship (e.g., '733 is Ryan's motion'), and acted under the banner of a 'Retrial Group.' These facts confirm they are not bona fide third parties but organized proxies of the Defendant, maliciously abusing §853(n) proceedings."**


















**Recently, Ryen once again admitted in a private message: "I just had a meeting with Guo's lawyer two days ago."**







**“I am desperately shouting: ‘I am a victim! I am a victim!’ — and then I accuse the prosecutors and Luc. There has never been such an absurd farce in U.S. history.”**

**Ryan Bai is not an independent third party or a legitimate victim submitting neutral legal opinions, but rather a participant with clear judicial hostility, whose motion represents a deliberate procedural abuse and an attempt to interfere with the administration of justice.**

**Posted from the first X (Twitter) account of “Ruien Xiaoge” (瑞恩小哥), issuing death threats against the 126 victims in this case who had submitted victim impact statements to the Judge in November：**
**“Kill all 126 members of the Long Island group.**
**The Communist Party must ensure that these 126 people completely disappear from the earth!”**

**（I have already submitted the evidence dated November 26, 2024.）**




"The staged retrial report for Guo Wengui is already prepared… Everyone can use it freely… Even submitting it to the court is fine!!!"




"I will officially serve as Mr. Guo's shadow lead attorney outside the court, until he is acquitted and released or his appeal begins."

尊敬的Assistant Attorney,我是Chunk Chyi,这是我写的第三封信，我还会继续把这封信公开在社交网络上，并且在我[illegible]持续扩大我的影响力，因为我不想被悄无声息地被逮捕甚至被杀害。我提及的所有内容，都可以通过网络查询到，没有任何机密信息。所以，我把信件公开在社交网络，我认为是完全合理合法的。

检方指控郭文贵十三项罪名，但是，最后，陪审团裁决罪名的列表只有十二项罪名，妨碍司法的指控，偷偷摸摸悄无声息就没有了，没有任何文件说明为什么取消了妨碍司法的指控。我认为，被告最容易被定罪的指控罪名就是妨碍司法！被告申请两次保释，检方指控和法官采纳的非常重要的一项理由，就是被告涉嫌妨碍司法。拒绝被告保释的妨碍司法理由之中，非常重要的一条，就是被告鼓动或者建议其追随者去破产法庭登记为债权人属于妨碍司法并且虚假索赔。检方是这样指控被告的，法官也这样认定了。检方如果不取消对被告妨碍司法的指控，我认为，妨碍司法的罪名，陪审团会非常容易达成一致意见。但是，检方去什么偷偷摸摸悄无声息在没有任何文件说明的情况下就取消了妨碍司法的指控，这确实让我这种普通人无法理解。

检方在指控被告鼓动或者建议其追随者去破产法庭登记为债权人是妨碍司法并且虚假索赔的时候，非常明显故意忽略了被告在视频直播中谈及的Luc首先接受了其他G系列投资者登记为债权人的事实。被告在视频直播中清清楚楚地表明，在2023年1月18日之前，如果被告鼓动或者建议其追随者去破产法庭登记为债权人，被告就是犯罪，但是，2023年1月18日以后，如果Luc不接受被告的追随者，也就是G系列投资者去法庭法庭登记为债权人，Luc就是犯罪。因为卢克已经在被告鼓动或者建议其追随者去破产法庭登记为债权人之前，已经接受了其他几个G系列投资者在破产法庭登记为债权人。被告当时的视频直播内容，事件前后过程，表达的清清楚楚，但是，检方非常明星地故意忽略了部分内容。被告在视频直播中提到过Luc和其中一个或者几个人进行了电话沟通，并且之后进行了债权人登记，并且是高达千倍的虚假登记。这些内容，在被告建议或者鼓动其追随者去破产法庭登记为债权人之前，就已经通过视频直播清清楚楚地表明过，但是，检方在引用被告关于鼓动或者建议其追随者去破产法庭登记为债权人的证据的时候，非常明显，检方忽略了部分非常关键的内容。在被告破产案的法庭文件中，文件1191，受托人Luc在申请债权人登记的动议里面，通知列表里面就包括纽约南区检察官办公室。一个普通的民事案件，为什么要通知纽约南区检察官办公室啊？这至少也说明，检方从受托人Luc申请债权人登记的时候，检方对被告的破产案之中的债权人登记，是知情的。并且在检方对被告申请申请拘押和拒绝被告保释的动议里面指控被告建议或者鼓动债权人登记是妨碍司法虚假索赔，法官也认定了是妨碍司法虚假索赔的情况下，受托人Luc两年来没有在破产法庭主动提交thousands债权人名单里的妨碍司法虚假索赔。在破产法庭，受托人Luc和被告对于债权人登记，一直都有纠纷，在Luc明明已经知道了是被告在鼓动其追随者者到破产法庭登记为债权人的情况下，Luc全部接受了被告鼓动的债权人，并且整个thousands债权人名单，大多数都是被告鼓动而登记的。直到最近，受托人Luc才在破产法庭申请剔除部分虚假索赔的债权人名单，两年多的时间，受托人Luc对妨碍司法虚假索赔的thousands债权人名单没有任何疑义并且代表了妨碍司法虚假索赔的thousands债权人介入到刑事法庭，造成对被告非常不利的影响。我严重怀疑这是受托人Luc在妨碍司法。并且我严重怀疑，受托人Luc在被告鼓动其追随者登记为债权人之前，最早接受的那几个债权人，就是被告刑事案之前GTV案件的报案人，甚至也是2022年9月2022年十月司法扣押喜马拉雅交易所公司和汉密尔顿公司的报案人，我严重怀疑怀疑受托人Luc最早接受的债权人就是刑事案件的报案人，并且受托人Luc接受的债权人是破产案变质的开端，因为受托人Luc引入了被告刑事案件提及的G系列投资者登记为债权人，被告郭文贵之后鼓动的债权人登记，只不过是做的和Luc之前做的性质一模一样的事情而已，真正涉嫌妨碍司法虚假索赔的，是受托人Luc!

在文件10，文件10-1，文件11，受害者通知程序的文件里面，检方提到，已知的thousands受害者，谁是这已知的thousands受害者，检方从来没有给出过任何直接的说明，并且在有关郭文贵的社区里面，我询问过很多人，没有人能够给出明确的答案。更夸张的是，在郭文贵的支持者或者郭文贵的投资者社区，根本就没有thousands投资者承认是受害者，谁是那文件11提及的已知的thousands受害者，到目前为止，我寻找了一年多，根本找不到。检方所认为的受害者，是被告郭文贵所有的追随者或者投资者，如果在郭文贵的追随者或者投资者社区都不能找到这已知的thousands受害者，我根本就不知道还能去哪里寻找这已知的thousands受害者。检方能不能直接回复我，到底谁才是那已知的thousands受害者啊？如果需要保密，检方没有必要告诉我具体的受害者名单，检方只需要告诉我那已知的thousands受害者是哪一部分人或者群体就可以。已知的thousands受害者可能的选项只可能是GTV投资者或者是破产案的债权人，除了这两个选项，我根本找不出其他任何可能，在郭文贵社区，我询问过很多人，根本不可能有其它任何可能。GTV已经被陪审团裁定无罪，并且陪审团的无罪裁决，法官没有权利推翻，意思就是GTV投资者没有资格成为受害者，GTV案已经和解，并且已经开启退款，GTV投资者不能被当做合法的受害者。那就只剩下债权人这个选项了。但是，郭文贵鼓动或者建议的债权人登记，已经被检方指控并且法官也采纳了是妨碍司法虚假索赔，而受托人Luc代表的thousands债权人，绝大多数都是被告鼓动或者建议其追随者去破产法庭登记为债权人的结果。如果这thousands债权人是检方的已知的thousands受害者，符合程序正义吗？检方文件11声称的已知的thousands受害者，非常可能就是检方逮捕被告的理由。如果检方没有提及已知的thousands受害者，我也没有必要询问到底哪个群体是检方已知的

thousands受害者，到底检方已知的thousands受害者是不是逮捕被告的理由。根据检方对被告鼓动或者建议其追随者到破产法庭登记为债权人是妨碍司法并且虚假索赔的指控，受托人Luc对妨碍司法虚假索赔的债权人登记全部接受，妨碍司法并且虚假索赔的债权人登记不能成为检方逮捕被告的理由。在加上检方对被告视频直播内容的断章取义，真实的情况，是受托人Luc首先接受G系列投资者虚假索赔在先，之后被告才建议其追随者去破产法庭登记为债权人，做受托人Luc接受其它G系列投资者登记为债权人一样一样的事情。被告鼓动或者建议其追随者做一模一样的事情，只有被告被指控并且认定为妨碍司法虚假索赔，这是极其不公平的，真正妨碍司法虚假索赔的是受托人Luc。并且我严重怀疑受托人Luc在被告鼓动债权人登记之前接受的几个债权人就是刑事案件的报案人。鉴于破产案在受托人接受债权人登记之前已经在破产案文件1911，通知了纽约南区检察官办公室，也就是检方对破产案受托人接受债权人登记的过程，非常可

On August 11, “Chunk Chyi,” issued a third open letter to the prosecution under the guise of a victim and spread it online, demanding disclosure of the original victim list and questioning “whether real victims exist,” expressing hope that the case “is very likely to be overturned and vacated.”

thousands受害者，到底检方已知的thousands受害者是不是逮捕被告的理由。根据检方对被告鼓动或者建议其追随者到破产法庭登记为债权人是妨碍司法并且虚假索赔的指控，受托人Luc对妨碍司法虚假索赔的债权人登记全部接受，妨碍司法并且虚假索赔的债权人登记不能成为检方逮捕被告的理由。在加上检方对被告视频直播内容的断章取义，真实的情况，是受托人Luc首先接受G系列投资者虚假索赔在先，之后被告才建议其追随者去破产法庭登记为债权人，做受托人Luc接受其它G系列投资者登记为债权人一样一样的事情。被告鼓动或者建议其追随者做一模一样的事情，只有被告被指控并且认定为妨碍司法虚假索赔，这是极其不公平的，真正妨碍司法虚假索赔的是受托人Luc。并且我严重怀疑受托人Luc在被告鼓动债权人登记之前接受的几个债权人就是刑事案件的报案人。鉴于破产案在受托人接受债权人登记之前已经在破产案文件1911，通知了纽约南区检察官办公室，也就是检方对破产案受托人接受债权人登记的过程，非常可能是全部知情的，我质疑的这些内容，希望检方能够给我回复。如果我质疑的这些内容包含Brady证据或者Brady违规，甚至违反宪法第四修正案，检方有义务立即通知给被告和辩护律师。

另外，其它方面的Brady证据，就是关于喜马拉雅联盟喜马拉雅农场，喜马拉雅联盟喜马拉雅农场领导层，根据检方起诉书和文件382，文件388，我认为，他们都属于检方指控的嫌疑共谋犯，如果检方认为这些人不是嫌疑共谋犯，那么请检方直接告诉我谁才是嫌疑共谋犯。这个案件，不正常的地方太多，最基本的谁是被告的嫌疑共谋犯都没有一个明确的名单。检方在文件382里面提及的Qidong Xia , Yongbing Zhang,这两个人是喜马拉雅联盟最核心的领导层，Geyer代理的喜马拉雅数千客户协议，Qidong Xia 和 Yongbing Zhang,就是最核心的策划者，推动者，负责人之一。在被告王艳萍的量刑听证会上，做受害者发言的Ava, Forrest Zhou,也许我打字的名字不准确，但是，做受害者发言的那两个或者三个人，就是目前喜马拉雅联盟最高层，属于检方指控的嫌疑共谋犯，嫌疑共谋犯成了检方认可的受害者，并且作为被告王艳萍受害者陈述发言的人在控制着喜马拉雅联盟喜马拉雅农场，喜马拉雅联盟喜马拉雅农场通过欺诈手段组织的喜马拉雅交易所客户客户协议和超过一百名数字银行投资者协议，通过Geyer和Gavenman到了刑事法庭申请资金赎回，这严重涉嫌共谋，严重涉嫌妨碍司法，检方对Geyer和Gavenman没有反对没有要求法庭驳回Geyer和Gavenman,并且检方没有调查这背后的严重涉嫌的刑事犯罪，何其荒谬。牵涉到喜马拉雅交易所数千客户协议的也包括喜马拉雅交易所公司，喜马拉雅交易所公司也通过律师申请了资金赎回，根据检方的指控，喜马拉雅交易所公司可能属于企业嫌疑共谋犯，企业嫌疑共谋犯来到了刑事法庭申请资金赎回，检方不反对不要求法官驳回企业嫌疑共谋犯的资金赎回，我不能理解。喜马拉雅交易所数千客户协议，始于喜马拉雅交易所公司给所有客户发送的一份推荐Geyer律师和Geyer代理协议链接的邮件。这是极其不正常的行为，既然喜马拉雅交易所公司自己可以申请资金赎回，为什么还给客户推荐律师和签署协议的链接，在逻辑上根本无法解释，我有理由怀疑喜马拉雅交易所公司和Geyer和喜马拉雅联盟喜马拉雅农场之间有严重的共谋嫌疑，这三方严重涉嫌对刑事法庭妨碍司法！包括一百多名数字银行投资者的代理律师Gavenman,我也有理由怀疑涉嫌共谋涉嫌妨碍司法。这些分布在全世界各地的投资者，为什么就在茫茫人海之中不约而同都选择了Geyer和Gavenman来代理资金赎回，没有背后喜马拉雅联盟喜马拉雅农场的操控，这绝对不可能发生！

另外，在法庭外面，做受害者陈述的Zhou Chen和Forrest Chen,可能是共谋涉嫌犯，也可能是受害者，还有检方提及的共谋嫌疑犯 Qidong Xia 和 Yongbing Zhang,他们多次声称接到被告的电话，或者多次声称去MDC探视被告，那么，这些检方认可的受害者或者检方合作的受害者，或者检方指控的嫌疑共谋犯，利用投资者不知道真假的郭文贵电话和郭文贵MDC探视做背书进行的违法犯罪活动，这些违法犯罪活动包括他们通过欺诈手段组织，推动喜马拉雅交易所数千客户和Geyer签署协议，数字银行投资者和Gavenman签署协议，也包括这些嫌疑共谋犯参与鼓动债权人登记，这些涉嫌违法犯罪的活动，已经延伸到了刑事法庭没收程序，甚至不止没收程序，在庭审之前的法庭文件Luc和Geyer就干预影响刑事案件的进展。包括检方提到的行政程序的大概800份资金赎回请愿书，背后可能也有喜马拉雅联盟喜马拉雅农场的鼓动。王艳萍的126份受害者陈述里面是不是包含喜马拉雅联盟喜马拉雅农场领导层我也持怀疑态度。所有这些喜马拉雅联盟喜马拉雅农场领导层在法庭文件背后参与的违法犯罪活动，严重涉嫌共谋的违法犯罪活动，严重涉嫌妨碍司法的违法犯罪活动，检方没有在刑事法庭上提及或者没有完整提及。我认为这些属于Brady证据，甚至我认为检方可能违反宪法第四修正案。

我再次声明，我在这封信里面提及的内容，不一定全部属于Brady证据[illegible]，告知被告Brady证据，是检方必须履行的义务。如果检方不履行Brady义务[illegible]这个案件，非常可能被推翻或者被撤销。

喜和 <baoliao2019@gmail.com> 2025年8月11日 07:51
收件人：ryan.fenkel@usdoj.gov

---------- Forwarded message ---------
发件人： 喜和 <baoliao2019@gmail.com>
Date: 2025年8月11日周一 07:50

Subject: the third letter about case DOJ vs Miles Guo from Chunk Chyi
To: <juliana.murray@usdoj.gov>
[引用文字已隐藏]

On August 11, “Chunk Chyi,” issued a third open letter to the prosecution under the guise of a victim and spread it online, demanding disclosure of the original victim list and questioning “whether real victims exist,” expressing hope that the case “is very likely to be overturned and vacated.”




"In our third-party motions we will expose all the injustices of the proceedings! The judge has no way to stop us! Guo Wengui's lawyers will also use our motions as leverage! Your end is near! And you still dream of getting money? Go to hell!"




Ruien Xiaoge:
"The prosecutors are still dreaming about a forfeiture order? Does the court even dare to issue a forfeiture order? Still thinking about sentencing? Keep dreaming! ... You want sentencing and forfeiture? Without asking for our consent? That is absolutely impossible! Once the forfeiture order is issued, just wait for the storm in court that we will unleash!"




Chunk Chyi:
"In the entire court, I am the only third party who wants to overturn the conviction for Guo Wengui. In the end, the judge forced me to become a 'victim,' because I fear for my life!"




"I am targeting Geyer's （Motion No. 709 filed in court）. In fact, the real purpose is to overturn the victim list. If the victims are fabricated, then this case cannot stand, and Guo Wengui must be released. Only Guo Wengui is able to help us make money."!




"The criminal case exists only because there are victims. If the victim list is overturned in court, then Brother Seven must be released."




"A motion must be filed based on Attorney Sabrina's 'Ineffective Assistance of Counsel,' requesting that the court vacate the conviction or grant a new trial, citing the Sixth Amendment of the U.S. Constitution, Rule 33 of the Federal Rules of Criminal Procedure, and 28 U.S.C. § 2255."

👉 "Go and do it! Follow my command! I am Beibei Zhu."

👉 "These are not my words, they are what Brother Seven said. It is Brother Seven's intention."

"I am targeting Geyer's Motion No. 709 filed in court. In fact, the real purpose is to overturn the victim list. If the victims are fabricated, then this case cannot stand, and Guo Wengui must be released. Only Guo Wengui is able to help us make money."




👉 “Do not wait for the appeal. Mr. Guo’s first attorney, Sabrina, failed to file a formal Rule 29(c) motion for a judgment of acquittal within the required 14 days under the law. This has resulted in the evidence being barred from submission during the appeal. All the evidence must be submitted to the court right now—this is the last chance. Once the court issues its ruling, there will be no opportunity to submit evidence to the court.”

👉 “File the court documents according to this plan and lock the evidence into the court record—there is no more time.”




> “If the judge approves the forfeiture order, more than 300 third-party motions that have already been lined up will be uploaded immediately… The Whistleblower Movement warriors will stand shoulder to shoulder with (Guo Wengui), and soon, the court will no longer remain calm—the court will no longer remain calm!”

> “Hope the judge doesn’t have a heart attack.”




In the entire court, I'm the only third party who tried to help Guo Wengui overturn his case, and in the end the judge turned me into a "victim" because I feared for my life!




The third-party pro se private lawsuit led by Chunk Chyi will be Guo's only path to overturn the case!




**Coming up next, Guo's lawyer and the third-party petitioners will both take action.**




**"We'll expose procedural injustice in upcoming third-party motions! The judge can do nothing! Guo's lawyers will use our motion as leverage. Your end is near—dream on if you think you'll get paid!"**




"The turning point in Guo's case came from me and Chunk Chyi… I'm the only one who met with Mr. Guo! I handed Chunk Chyi's legal ideas to the lawyer. The lawyer liked them and is acting accordingly!"




"I personally met with Guo's lawyer. After our meeting, the lawyer took action." , "With the lawyer's consent, I can publish the entire meeting details.