Public Version

████████ / Jason Zen
███████████████████

Email: ████████████████

Nov 9,2025

**Clerk of Court**
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007 USA
**Re: In re Jason Zen — Petition for Writ of Mandamus and Motion to Proceed In Forma Pauperis**
**(Case No. 1:23-cr-00118-AT)**

**Dear Clerk of Court,**

Pursuant to the Court's instruction(Exhibit H), I am submitting the enclosed

documents in paper form for filing in the above-captioned case. These materials are mailed **timely** for review and docketing.

**Exhibit list:**

Exhibit A-PETITION FOR WRIT OF MANDAMUS

Exhibit B-Proof of sending paper motions

Exhibit C-Motion to Proceed In Forma Pauperis

Exhibit D-Form 4 Affidavit with motion to proceed in forma pauperis

Exhibit E-Explanation of my financial hardship

Exhibit F- Copy of Emergency Motion to Compel Uploading and Hearing of Third-Party Petitions Under 21 U.S.C. §853(n), and to Recognize Victim Rights Under 18 U.S.C. §3771 (CVRA)

Exhibit G-List of motions not uploaded

Exhibit H-Reply email from the Second Circuit

Exhibit I- Certificate of Service

Exhibit J -MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION

I respectfully request confirmation of receipt and docketing.
Thank you for your attention.
Respectfully submitted,
**/s/** ██████████ **/ Jason Zen**
Email: ████████████████

Signature ████████████   _Jason Zen_    _Jason Zen_

# Exhibit-A

# PETITION FOR WRIT OF MANDAMUS

# Public Version

# UNITED STATES COURT OF APPEALS

## FOR THE SECOND CIRCUIT

**In re:**

██████████,(English name:Jason Zen), Petitioner

Case No. 1:23-cr-00118-AT

## PETITION FOR WRIT OF MANDAMUS

(Under 28 U.S.C. §1651 and Fed. R. App. P. 21)

## I. INTRODUCTION

I, ██████████,(English name:**Jason Zen**), am a third-party petitioner and financial victim in the criminal case *United States v. Ho Wan Kwok*, No. 1:23-cr-00118-AT (S.D.N.Y.).
Between August 30 and October 21, 2025, I timely submitted **seven motions** pursuant to **21 U.S.C. §853(n)** and **18 U.S.C. §3771.**
However, **only the first motion** (Docket No. 729)was uploaded to the court docket, and even that filing has received **no response** from the district court.

All subsequent motions have **not been docketed** or cknowledged(Exhibit B, G).

This petition seeks a **Writ of Mandamus** ordering the United States District Court for the Southern District of New York to properly docket and consider my motions in accordance with the law.

**Due to my limited financial means and inability to afford the filing and appellate fees**, I am concurrently submitting an **Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. §1915(a)**. I respectfully request that this Court grant me permission to proceed with this appeal as an indigent litigant. I have attached an "Motion to Proceed In Forma

Pauperis," **(Exhibit C)** and I declare that the information contained therein is true and correct to the best of my knowledge.

## **Request for Sealed or Redacted Filing**

In the interest of personal security and to prevent potential persecution by the Chinese Communist Party (CCP), Petitioner respectfully requests that the Court **redact all personal or identifying information from any filings prior to public release. Only documents bearing the designation "Public Version" in their title are authorized for direct public disclosure(Exhibit J).**

## II. STATEMENT OF FACTS

My initial §853(n) filings sought to protect the rights of lawful investors and property owners whose assets were unlawfully managed or dissipated during the forfeiture process in *U.S. v. Kwok.*
Specifically, my motions raised the following concerns:

1. Allegations that the prosecution may have conspired with certain third parties to unlawfully seize or misappropriate investor assets.
2. The prosecution **has repeatedly violated the Brady rule by withholding evidence that is favorable and material to the defendant.**
3. Mismanagement and potential unlawful dissipation of forfeited property by court-appointed trustee **Luc A. Despins.**
4. **I have provided the Court with my personal identification and investment information, and I have respectfully requested that this information be filed under seal and not made available for public disclosure.**
5. A request that the court immediately restore normal filing access for third-party Third-party investors under §853(n) and victims under **CVRA.**

**My Motions except the first one(Docket No. 729) were not docketed or heard.**

Since **September 12,2025** till now, **there are no individual third-party petitions** have been uploaded to the Court's docket. During this period, I submitted **six additional motions to the District Court through the Pro Se electronic filing email system.** All filings were properly formatted and duly signed. Despite my having emailed the Court and the Government, as well as mailed hard copies with confirmed delivery, the Southern District of New York has failed to docket these submissions to date(Exhibit G).

The Court has restricted the filing of further motions exclusively to attorneys with access to the Electronic Case Filing (ECF) system. This unprecedented act of suppression **violates the Crime Victims' Rights Act (CVRA) and the constitutional due process rights of the victims and 853(n) Third-party investors.**This ongoing inaction reflects a systematic suppression of the **lawful rights of third-party investors and victims to be heard and to participate meaningfully in these proceedings.**

Many other third parties and victims in this case have experienced situations similar to mine. Encouragingly, the case **No. 25-2726** before the Second Circuit indicates that the systemic suppression by the Southern District of New York has already drawn the attention of the higher court, further demonstrating that **my appeal is not an isolated incident.**

In light of the prosecution's refusal to recognize legitimate investors as victims and the Court's continued inaction, I subsequently invoked **13 U.S.C. § 3771 (CVRA)** to exercise **my statutory rights as a financial victim,** seeking fair process, the right to be heard, and the right to participate in forfeiture proceedings (Exhibit F).

This dual standing — as **both a third-party claimant under §853(n) and a victim under §3771** — arises **directly from Congressional intent**, not personal assertion.

## III. VIOLATION OF MY RIGHTS UNDER §853(n) AND §3771

Case: 25-3046, 12/03/2025, DktEntry: 8.1, Page 7 of 40

The district court's failure to docket or act upon my motions has effectively **deprived me of access to justice** and **silenced my lawful claims**.

This ongoing suppression:

- Denies me the right to be heard (§3771(a)(4));
- Prevents participation in forfeiture proceedings (§853(n)(2));
- Delays the resolution of my lawful property and victim claims;
- Undermines fundamental fairness and procedural due process.

Such inaction is **not a matter of judicial discretion** but a **violation of mandatory statutory duties** imposed under §§853(n) and 3771. Therefore, relief under a writ of mandamus is warranted.

## IV. LEGAL BASIS

This petition is brought under **28 U.S.C. §1651(a) (All Writs Act)** and **Fed. R. App. P. 21**, which authorize the Court of Appeals to issue writs of mandamus to compel lower courts to perform their nondiscretionary duties.

Mandamus is appropriate when:

1. The petitioner has **no other adequate means** to obtain relief;
2. The petitioner's right to relief is **clear and indisputable**; and
3. The writ is **appropriate under the circumstances**.
   (*See Cheney v. U.S. Dist. Court*, 542 U.S. 367, 380 (2004)).

Here, the district court's persistent refusal to docket or consider my motions meets all three conditions.

## V. REQUESTED RELIEF

Petitioner respectfully requests that this Court:

1. **Issue a writ of mandamus** directing the U.S. District Court for the Southern District of New York to **immediately docket** all previously submitted motions listed in the attached (**Exhibit G**);
2. **Order the presiding judge** to promptly review and adjudicate those motions;
3. Direct the district court to restore normal filing access for both third-party invstors under 21 U.S.C. §853(n) and victims exercising their rights under 18 U.S.C. §3771 (CVRA), and to cease any unlawful obstruction or suppression of such filings.
4. Issue a protective order to ensure that **all personal or identifying information** in Petitioner's filings is **redacted before any public release**,
5. Grant any **further relief** deemed just and proper.

## VI. CONCLUSION

This petition is not intended to challenge judicial discretion, but rather to restore it. When a lower court suppresses filings that seek to reveal the truth, refuses to docket duly served motions, and thereby prevents third parties and victims from exercising their statutory rights, a **writ of mandamus** becomes the only mechanism available to preserve **the rule of law**.

For the reasons stated above, I respectfully urge this Honorable Court to grant this **Petition for Writ of Mandamus**, compel the district court to docket and hear my pending motions, and ensure that third-party and victim filings are no longer unlawfully suppressed.

## VII.EXHIBIT LIST

In view of the extensive attachments included with my motions submitted to the U.S. District Court for the Southern District of New York between August 30, 2025, and October 21, 2025, this filing contains only the email submission records of the unuploaded motions(Exhibit G) and my most recent motion(Exhibit F).

Exhibit A-PETITION FOR WRIT OF MANDAMUS

Exhibit B-Proof of sending paper motions

Exhibit C-Motion to Proceed In Forma Pauperis

Exhibit D-Form 4 Affidavit with motion to proceed in forma pauperis

Exhibit E-Explanation of my financial hardship

Exhibit F-Emergency Motion to Compel Uploading and Hearing of Third-Party Petitions Under 21 U.S.C. §853(n), and to Recognize Victim Rights Under 18 U.S.C. §3771 (CVRA)

Exhibit G-Unuploaded motions mail list

Exhibit H-Reply email from the Second Circuit

Exhibit I-Certificate of Service

Exhibit J-MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION

*__**Only documents bearing the designation "Public Version" in their title are authorized for direct public disclosure.**__*

**Should the Court require access to any specific document or correspondence, I stand ready to provide them promptly upon the Court's request.**

Respectfully submitted

██████████ / **Jason Zen**

██████████          Jason Zen    Jason Zen
_____    _____

Petitioner, *pro se*

Email: ██████████████████

Date: 2025.11.9

# Exhibit-B

# Proof of sending paper motions

# Public Version

1. **EMS voucher for mailing motion documents to the court**



2. **Registered mail receipt for mailing motion documents to the ____ ____ ____ office**

------------------Delivery Record of Pro se------------------

## EE005307478RS

| Датум | Место | Статус | Потписник |
|---|---|---|---|
| 14.10.2025 14:51:00 | US-10007 | Уручена | |
| 14.10.2025 08:35:00 | US-10007 | Приспела | |
| 12.10.2025 21:48:00 | US-USJFKA | Приспела | |
| 10.10.2025 08:21:29 | 11003 ИЗМЕНИЧНА ПОШТА | Превоз | |
| 09.10.2025 19:22:37 | 25200 ПЦ СОМБОР | Отпрема | |
| 09.10.2025 19:00:12 | 25101 СОМБОР | Отпрема | |
| 09.10.2025 18:55:47 | 25101 СОМБОР | Пријем | |

Shipment status number:

### EE005307478RS

| The date | Place | Status Signatory | |
|---|---|---|---|
| 14.10.2025 14:51:00 | US-10007 | Delivered | |
| 14.10.2025 08:35:00 | US-10007 | She arrived | |
| 12.10.2025 21:48:00 | US-USJFKA | She arrived | |
| 10.10.2025 08:21:29 | 11003 EXCHANGE MAIL | Transportation | |
| 09.10.2025 19:22:37 | 25200 PC SOMBOR | Shipping | |
| 09.10.2025 19:00:12 | 25101 SOMBOR | Shipping | |
| 09.10.2025 18:55:47 | 25101 SOMBOR | Reception | |

--------------Delivery Record of Attorney's office------------------

## RR319675436RS

| Датум | Место | Статус | Потписник |
|---|---|---|---|
| 27.10.2025 13:14:00 | US-10007 | Уручена | |
| 27.10.2025 10:44:00 | US- | Приспела | |
| 25.10.2025 11:16:00 | US-10278 | Враћена | |
| 21.10.2025 21:36:00 | US-USJFKA | Приспела | |
| 17.10.2025 22:52:38 | 11003 ИЗМЕНИЧНА ПОШТА | Превоз | |
| 17.10.2025 20:26:57 | 25200 ПЦ СОМБОР | Отпрема | |
| 17.10.2025 11:01:32 | 25274 КОЛУТ | Отпрема | |
| 16.10.2025 08:32:19 | 25274 КОЛУТ | Пријем | |

Shipment status number:

### RR319675436RS

| The date | Place | Status | Signatory |
|---|---|---|---|
| 27.10.2025 13:14:00 | US-10007 | Delivered | |
| 27.10.2025 10:44:00 | US- | She arrived | |
| 25.10.2025 11:16:00 | US-10278 | Returned | |
| 21.10.2025 21:36:00 | US-USJFKA | She arrived | |
| 17.10.2025 22:52:38 | 11003 EXCHANGE MAIL | Transportation | |
| 17.10.2025 20:26:57 | 25200 PC SOMBOR | Shipping | |
| 17.10.2025 11:01:32 | 25274 RING | Shipping | |
| 16.10.2025 08:32:19 | 25274 RING | Reception | |

# Exhibit-C

# Motion to Proceed In Forma Pauperis

# Public Version

# Motion to Proceed In Forma Pauperis

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

**In re:** *United States v. Ho Wan Kwok*
**Case No.:** *1:23-cr-00118-AT*

Motion to Proceed In Forma Pauperis

Petitioner: ██████████ / Jason Zen, appearing pro se

---

## I. Introduction

I, ██████████, (English name **Jason Zen**), a third-party petitioner under
21 U.S.C. § 853(n) and a recognized financial victim under 18 U.S.C.
§ 3771 (CVRA), respectfully move this Court for leave to proceed *in forma
pauperis* in the above-captioned matter.

This petition arises from my previous attempts to file several motions
in the underlying criminal forfeiture case (Case No. 1:23-cr-00118-AT),
some of which have not been docketed or addressed by the District Court.
However, **this motion is submitted solely to request permission to proceed
in forma pauperis due to financial hardship.**

## II. Statement of Financial Hardship

In 2023, to avoid the COVID-19 pandemic in China, I relocated to Serbia
with my child and my parents. I am divorced, unemployed, and currently
rely entirely on my parents' retirement pension from China for basic
living expenses. My child is 12 years old, and both of my parents are over
70 years old.

I have **no additional financial resources** to pay appellate filing fees
or related costs. Accordingly, I request leave to proceed *in forma
pauperis* pursuant to 28 U.S.C. § 1915.

## III. Conclusion

For the foregoing reasons, I respectfully request that the Court:

1. Grant this Motion to Proceed *In Forma Pauperis*;
2. Permit me to file my appeal without prepayment of fees.

---

**Respectfully submitted,**

Signature: ███████████ / Jason Zen

Pro Se Petitioner

Date: _____ 2025. 10. 25 _____

# Exhibit-D

# Form 4 Affidavit with motion to proceed in forma pauperis

# Public Version

# UNITED STATES DISTRICT COURT

for the

Southern _____ DISTRICT OF __New York_____

United States of America,                    )
                                             )
                          Plaintiff          )
                                             )
                   v.                        )
                                             )      Case No. 1:23-cr-00118-AT
Ho Wan Kowk, a/k/a Miles Guo,                )
                                             )
                          Defendant          )
                                             )

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: ▮▮▮▮▮▮  _Jason Zen_  Date: 2025.10.25

My issues on appeal are: The appeal seeks review of the District Court's failure to process or respond

to my timely third-party and victim petitions under 21 U.S.C. §853(n) and 18 U.S.C. §3771, which

deprived me of the right to be heard and to participate in forfeiture proceedings.

1.  *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

| Income source none | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You 0 | Spouse 0 | You 0 | Spouse 0 |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 00 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): none | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Unemployed | none | none | $ 0 |
| Unemployed | none | none | $ 0 |
| Unemployed | none | none | $ 0 |

3.    *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| none | none | none | $0 |
| none | none | none | $0 |
| none | none | none | $0 |

4.    *How much cash do you and your spouse have?* $5000

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Postal Saving Bank | Personal Bank Account | $0 | $0 |
| none | 0 | $0 | $0 |
| none | 0 | $0 | $0 |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5.    *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $19000 | (Value) $0 | (Value) $4000 |
| a house in serbia | none | Make and year: 2008 |
| | | Model: ▓▓▓▓ |
| | | Registration #: ▓▓▓▓ |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 |
| Make and year: none | none | none |
| Model: none | none | none |
| Registration #: none | none | none |

6.  *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| none | $ 0 | $ 0 |
| none | $ 0 | $ 0 |
| none | $ 0 | $ 0 |
| none | $ 0 | $ 0 |

7.  *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| ███████ | ███████ | ███ |
| none | none | none |
| none | none | none |

8.      *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>          Are real estate taxes included?          ☐ Yes ☑ No<br>          Is property insurance included?          ☐ Yes ☑ No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 115 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 15 | $ 0 |
| Food | $ 500 | $ 0 |
| Clothing | $ 50 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc | $ 200 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|           Homeowner's or renter's: | $ 0 | $ 0 |
|           Life: | $ 0 | $ 0 |
|           Health: | $ 0 | $ 0 |
|           Motor vehicle: | $ 10 | $ 0 |
|           Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments 0 | | |
|           Motor Vehicle: | $ 0 | $ 0 |
|           Credit card (name): | $ 0 | $ 0 |
|           Department store (name): | $ 0 | $ 0 |
|           Other: | $ 0 | $ 0 |

| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 |
| **Total monthly expenses:** | $ 900 | $ 0 |

9.   *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

☐ Yes ☑ No          If yes, describe on an attached sheet.

10.  *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☑ No

*If yes, how much?* $ 0

11.  *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

A detailed explanation of my financial hardship is attached.(Exhibit E)

12.  *State the city and state of your legal residence*

███████████████████████████

*Your daytime phone number:* ████████████████

*Your age:* ██████    *Your years of schooling:* 16

# Exhibit-E

# Explanation of my financial hardship

# Public Version

Attachment to In Forma Pauperis Application
Statement of Financial Hardship

**Case Title:** *United States v. Ho Wan Kwok*
**Case No.:** *1:23-cr-00118-AT*
**Applicant:** ▮▮▮▮▮▮▮▮ /*Jason Zen*

---

I, ▮▮▮▮▮▮▮, English name **Jason Zen**, respectfully submit this
statement in support of my *Application to Proceed In Forma Pauperis.*

In 2023, in order to escape the COVID-19 pandemic in China, I came to Serbia
with my child and my parents. I am divorced and currently unemployed. Our
basic living expenses are supported by my parents' retirement pension
from China. My child is 12 years old, and both of my parents are over 70
years old.

At present, I have no additional financial means or resources to pay the
filing or appellate fees required by the Court. Therefore, I respectfully
request permission to proceed *in forma pauperis* in this matter.

---

**Respectfully submitted,**
▮▮▮▮▮▮▮ / Jason Zen

Signature: ▮▮▮▮▮▮  *Jason Zen*    *Jason Zen*

Date:   2025. 10. 25

# Exhibit-F

# Emergency Motion to Compel Uploading and Hearing of Third-Party Petitions Under 21 U.S.C. §853(n), and to Recognize Victim Rights Under 18 U.S.C. §3771 (CVRA)

# Public Version

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF

NEW YORK

UNITED STATES OF AMERICA,

-v.-

HO WAN KWOK,

a/k/a  "Miles Guo,"

a/k/a  "Miles Kwok,"

a/k/a  "Guo Wengui,"

a/k/a  "Brother Seven,"

a/k/a  "The Principal,"

KIN MING JE,

a/k/a  "William Je,"

YANPING WANG,

a/k/a  "Yvette,"

Defendants.

Case No. 1:23-cr-00118-AT

---

**Emergency Motion to Compel Uploading and Hearing**

**of Third-Party Petitions Under 21 U.S.C. §853(n), and to**

**Recognize Victim Rights Under 18 U.S.C. §3771 (CVRA)**

---

**Honorable Judge Torres:**

**I,Jason Zen**, appearing pro se, as a third-party claimant under **21 U.S.C. §853(n)** and a recognized financial victim under **18 U.S.C. §3771 (CVRA)**, respectfully submits this Emergency Motion and states as follows:

---

## I. INTRODUCTION

Petitioner previously filed multiple third-party petitions under 21 U.S.C. §853(n) in connection with the above-captioned case, asserting legitimate ownership and equitable interests in assets subject to criminal forfeiture.

Despite timely mailing and service upon the Court, only one petition(Document No. 729) was uploaded to the docket, while subsequent filings remain unprocessed and unacknowledged.

The continued inaction of the Court and the government's neglect toward third-party and victim submissions have deprived Petitioner and similarly situated investors of their statutory right to be heard.

Accordingly, Petitioner brings this Emergency Motion to compel the uploading and hearing of all pending §853(n)

petitions and to invoke the procedural protections afforded to victims under the **Crime Victims' Rights Act (CVRA), 18 U.S.C. §3771.**

---

## II. STATEMENT OF STANDING AND LEGAL BASIS

Petitioner originally appeared under 21 U.S.C. §853(n), asserting a legitimate property interest in assets subject to criminal forfeiture(Document No. 729).

However, due to the government' s failure to recognize numerous investors as victims  and the Court' s continued inaction regarding third-party petitions,

Petitioner now additionally invokes the protections afforded by the Crime Victims' Rights Act (18 U.S.C. §3771).

This dual standing is not self-proclaimed but arises from Congress' s intent that both property claimants and financial victims must be provided fair process,

including the right  *"to be heard, to be informed, and to be treated with fairness"*  under §3771(a).

Accordingly, Petitioner seeks this Court' s recognition of his CVRA rights alongside his §853(n) claims.

---

## III. GROUNDS FOR EMERGENCY RELIEF

1. **Failure to Upload and Process Third-Party Filings**

   Despite Petitioner's timely submission of multiple §853(n) motions within the statutory period, the Court's electronic system has failed to upload or docket several of them, effectively silencing lawful third-party claims and violating the principles of transparency and fairness.

2. **Ongoing Prejudice to Victims and the Defendant**

   This inaction has deprived Petitioner and other victims of any opportunity to be heard within the 60-day statutory window, resulting in irreparable procedural harm.

   Such neglect contravenes both §853(n) and the CVRA, as victims are guaranteed the right to participate meaningfully in forfeiture-related proceedings.

3. **Evidence of Brady Violations and Collusion Revealed in Court Filings**

   Furthermore, as reflected in the Court's publicly available docket, particularly in Document Nos. 729, 733, **and 733-1**, serious allegations have been raised indicating that the prosecution may have engaged in multiple **Brady violations**, by withholding exculpatory

and material evidence from both the defense and the victims.

These filings further suggest potential **collusive conduct** between the prosecution and the Court-appointed trustee, Luc A. Despins, resulting in the **deception of the Southern District of New York and even the Second Circuit Court of Appeals**, thereby inflicting substantial harm upon both **victims/investors** and the **defendant**.

Such misconduct, if substantiated, constitutes a grave breach of the principles of due process and judicial integrity, directly infringing upon the rights guaranteed to victims and innocent third parties under both 21 **U.S.C. §853** and **18 U.S.C. §3771 (CVRA)**.

The continued suppression of third-party and victim voices risks eroding public confidence in the integrity of this Court.

## IV. REQUESTS FOR RELIEF

Petitioner respectfully requests that this Honorable Court:

1. **Order the immediate uploading and docketing** of all §853(n) petitions that have been duly mailed or delivered to the Court but remain unprocessed (Exhibit B) ;

2. **Schedule an ancillary hearing** pursuant to Rule 32.2(b)(2)(A) to review the conduct of the government and the court-appointed trustee;

3. **Recognize Petitioner's statutory rights under the CVRA**, and ensure that victims' voices are afforded due consideration and procedural fairness in all subsequent proceedings.

---

## V. CONCLUSION

Justice delayed is justice denied.

For over a year, victims and investors have sought nothing more than a fair opportunity to be heard and to protect their lawfully acquired interests.

The government's inaction and the Court's delay have undermined those rights, contrary to both §853(n) and the CVRA.

Petitioner respectfully urges this Court to act without further delay to restore transparency, fairness, and public confidence in these proceedings.

---

**Respectfully submitted,**

**Jason Zen**

Jason Zen          Jason Zen

Third-Party Petitioner and Victim

(Pro Se)

Email: ██████████████

Date: 2025.10.20

# Exhibit-G

# List of motions not uploaded

# Public Version

# 1. Unuploaded Motions Mailing List

| Date | Subject |
|---|---|
| 2025.9.20 | MOTION TO INTERVENE BY [Jason Zen] (Pro Se / Interested Party under 21 U.S.C. § 853(n) |
| 2025.9.25 | Motion to Compel Docketing – Jason Zen, Case 1:23-cr-00118 (AT) |
| 2025.9.30 | Emergency Motion to Protect Forfeited Assets – Case No. 1:23-cr-00118 (AT) |
| 2025.10.9 | MOTION TO FILE PERSONAL AND INVESTMENT INFORMATION UNDER SEAL-Case No. 1:23-cr-00118 (AT) **(Attention: I respectfully requests that the Court order that the entire contents of this filing remain fully sealed, for the Court's internal use only, and prohibit any public display or access.)** |
| 2025.10.19 | MOTION TO OPPOSE PREMATURE CLOSURE OF THIRD-PARTY PETITIONS AND TO EXTEND FILING DEADLINE FOR PRO SE LAIMANTS-1:23-cr-00118-AT |
| 2025.10.21 | Emergency Motion to Compel Uploading and Hearing of Third-Party Petitions Under 21 U.S.C. §853(n), and to Recognize Victim Rights Under 18 U.S.C. §3771 (CVRA)-1:23-cr-00118-AT |

# 2. Pro se Emails screenshot

MOTION TO INTERVENE BY [Jason Zen] (Pro Se / Interested Party under 21 U.S.C. § 853(n))

我 9月20日
发给 ProSe, Juliana.Murray, ...

发自 Jimmy Hansen  jh2920411@gmail.com
收件人 ProSe@nysd.uscourts.gov
抄送 Juliana.Murray@usdoj.gov
Micah.Fergenson@usdoj.gov
Ryan.Finkel@usdoj.gov
msarafa@sarafalaw.com
jdratel@dratellewis.com
jkaley@doarlaw.com
日期 2025年9月20日 03:47

---

Motion to Compel Docketing – Jason Zen, Case 1:23-cr-00118 (AT)

我 9月25日
发给 ProSe, Juliana.Murray, ...

发自 Jimmy Hansen  jh2920411@gmail.com
收件人 ProSe@nysd.uscourts.gov
抄送 Juliana.Murray@usdoj.gov
Micah.Fergenson@usdoj.gov
Ryan.Finkel@usdoj.gov
msarafa@sarafalaw.com
jdratel@dratellewis.com
jkaley@doarlaw.com
日期 2025年9月25日 23:49

---

Emergency Motion to Protect Forfeited Assets – Case No. 1:23-cr-00118 (AT)

我 9月30日
发给 ProSe, Juliana.Murray, ...

发自 Jimmy Hansen  jh2920411@gmail.com
收件人 ProSe@nysd.uscourts.gov
抄送 Juliana.Murray@usdoj.gov
Micah.Fergenson@usdoj.gov
Ryan.Finkel@usdoj.gov
msarafa@sarafalaw.com
jdratel@dratellewis.com
jkaley@doarlaw.com
日期 2025年9月30日 13:07

---

MOTION TO FILE PERSONAL AND INVESTMENT INFORMATION UNDER SEAL- Case No. 1:23-cr-00118 (AT)

我 10月9日
发给 ProSe ∧

发自 Jimmy Hansen  jh2920411@gmail.com
收件人 ProSe@nysd.uscourts.gov
日期 2025年10月9日 12:59

Dear Clerk of Court,

My name is Jason Zen, and I am an interested third-party petitioner in the case United States v. Ho Wan Kwok, Case No. 1:23-cr-00118-AT.

---

MOTION TO OPPOSE PREMATURE CLOSURE OF THIRD-PARTY PETITIONS AND TO EXTEND FILING DEADLINE FOR PRO SE CLAIMANTS-1:23-cr-00118-AT

我 10月19日
发给 ProSe, Juliana.Murray, ...

发自 Jimmy Hansen  jh2920411@gmail.com
收件人 ProSe@nysd.uscourts.gov
抄送 Juliana.Murray@usdoj.gov
Micah.Fergenson@usdoj.gov
Ryan.Finkel@usdoj.gov
msarafa@sarafalaw.com
jdratel@dratellewis.com
jkaley@doarlaw.com
日期 2025年10月19日 16:11

---

Emergency Motion to Compel Uploading and Hearing of Third-Party Petitions Under 21 U.S.C. §853(n), and to Recognize Victim Rights Under 18 U.S.C. §3771 (CVRA)-1:23-cr-00118-AT

我 10月21日
发给 ProSe, Juliana.Murray, ...

发自 Jimmy Hansen  jh2920411@gmail.com
收件人 ProSe@nysd.uscourts.gov
抄送 Juliana.Murray@usdoj.gov
Micah.Fergenson@usdoj.gov
Ryan.Finkel@usdoj.gov
msarafa@sarafalaw.com
jdratel@dratellewis.com
jkaley@doarlaw.com
日期 2025年10月21日 01:06

# Exhibit-I

# Certificate of Service

# Public Version

# Certificate of Service

**In re:Jason Zen (aka. ███████████), Petitioner**

**United States Court of Appeals for the Second Circuit**

**Case: United States v. Kwok, et al. 1 :23-CR-118-1 (AT)**

I, Jason Zen (aka. ███████████), certify that on November _/_2_,2025,

true and correct copies of the Petition for Writ of Mandamus, along with

authentic copies of the relevant documents, were served on the

following parties registered mail from Serbian Post by Jason Zen, acting

solely as sender on my behalf and not in any legal capacity:

1. The Honorable Analisa Torres, United States District Judge United

States District Court

for the Southern District of New York 500 Pearl Street, New York, NY

10007 -1312

2. Ryan B. Finkel, Assistant United States Attorney United States

Attorney's Office,

Southern District of New York One St. Andrew's Plaza, New York, NY

10007

Executed on November _____,2025.

Signature _____

**Jason Zen (aka. ███████████)**

# Exhibit-J

# MOTION TO SEAL PERSONAL

# IDENTIFYING INFORMATION

# Public Version

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
**In re Jason Zen** — *Petition for Writ of Mandamus*
Case No. 1:23-cr-00118-AT

## MOTION TO REQUEST REDACTION OF PERSONAL INFORMATION

Petitioner, **Jason Zen** (a.k.a. ██████████), appearing *pro se*, respectfully moves this Honorable Court to redact and protect from public access any personally identifying information contained in the documents submitted in connection with the above-captioned matter.

In support of this motion, Petitioner states as follows:

1. The filings include personal data such as name, contact information, residential details, and other identifiers that, if publicly disclosed, could expose Petitioner and family members to security or retaliation from the Chinese Communist Party (CCP) risks.
2. Petitioner currently resides outside the United States and faces potential political and personal safety threats related to this case.
3. Pursuant to **Federal Rule of Criminal Procedure 49.1** and the Court's inherent authority to protect privacy and safety, redaction of such sensitive information is both necessary and appropriate.
4. Petitioner requests that the Court permit the filings to remain publicly available only in redacted form, with unredacted copies maintained for internal judicial use only.

**WHEREFORE**, Petitioner respectfully requests that this Court order the redaction of all personal identifiers and sensitive information from the public docket and maintain sealed versions for Court use.

Respectfully submitted,

**/s/ Jason Zen /** ██████████
Pro Se Petitioner

Signature: *Jason Zen* ██████████
Email: ██████████
2025.11.6





PTT 25274      KOLUT              427g
RR319675538RS 1220 12.11.25 9h   *872,00
              121  54

RR   319 675 538 RS

USM ID
SDNY

clerk of court

United States court of Appeals for the second circuit

Прималац

Thurgood Marshall u.s. court
Назив улице/поштански преградак      Кућни број   Број стана

40 Foley Square      New York
Насељено место

Поштански број и назив доставне поште

NY 1 0 0 0 7