**MANDATE**

S.D.N.Y. – N.Y.C.
23-cr-118
Torres, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of November, two thousand twenty-five.

Present:
    Dennis Jacobs,
    Joseph F. Bianco,
        *Circuit Judges*,
    Victor A. Bolden,
        *District Judge.*\*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 22 2026

---

In Re: Ranyue Bai,                                                                 25-2726

        *Petitioner*.

---

Petitioner, pro se, has filed a petition for a writ of mandamus directing the district court to cease suppressing his future filings, docket his submitted but undocketed motions, and rule on his pending Rule 60(d)(3) motion. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that his right to the writ is clear and indisputable, and that granting the writ is appropriate under the circumstances. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004).

In view of the large number of submissions received by the district court, which we trust the court will address expeditiously, Petitioner's mandamus petition as to docketing his submissions is denied without prejudice to renewal if the district court fails to docket the submissions within a reasonable time.

---

\* Judge Victor A. Bolden, of the United States District Court for the District of Connecticut, sitting by designation.

**MANDATE ISSUED ON 01/21/2026**

    Likewise, the denial as to his Rule 60(d)(3) motion is without prejudice to renewal if the district court fails to take action within a reasonable time after sentencing in the underlying criminal case. See *Cheney*, 542 U.S. at 380–81; *United States v. Magassouba*, 544 F.3d 387, 411 n.16 (2d Cir. 2008).

    FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit